1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DeANDRE FOWLER,                          No.  2:20-cv-0287 DB P

12              Plaintiff,

13        v.                                   ORDER

14    SCOTT JONES, et al.,

15              Defendants.

16

17          Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  In an order filed February 7, 2020, plaintiff was informed that if he wishes to

19    continue with this action he must file a request to proceed in forma pauperis and an amended

20    complaint within thirty days.  On March 12, plaintiff filed a motion to proceed in forma pauperis.

21    However, the certificate portion of the request which must be completed by plaintiff's institution

22    of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his inmate

23    trust account statement for the six-month period immediately preceding the filing of the

24    complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a

25    completed in forma pauperis application and a certified copy in support of his application.

26          Plaintiff has also not complied with the February 7 order by filing an amended complaint.

27    Plaintiff will be given one more opportunity to do so.  If plaintiff fails to file an amended

28    complaint within the time provided, this court will recommend that this case be dismissed.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within sixty days from the date of this order, the following three things:

    a. a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

    b. a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint; and

    c. an amended complaint that complies with the court's February 7 order.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and a copy of the form for prisoner civil rights complaints.

Dated: March 20, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/fowl0287.3c+new

2